## AFFIDAVIT IN SUPPORT OF APPLICATION FOR
## ISSUANCE OF ARREST WARRANT

Your affiant, John T. Slayton, being dully sworn and deposed, states the following:

1.      Your affiant is a Special Agent (S/A) for the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Homeland Security Investigation (HSI) and has been so employed since June 10, 2001.  Your affiant is currently assigned to an investigation regarding a drug trafficking organization (DTO) that is involved in the transportation and distribution of cocaine.

2.      Your affiant makes this affidavit in support of an application for an arrest warrant for the following individuals:

      a.  **Eliovar Minotta Pineda**

      b.  **Jenuar Grueso Angulo**

      c.  **Marcial Sanchez Cuero**

3.      This request for an arrest warrant is made in relation to the following offenses occurring in the Eastern District of Virginia (EDVA) and elsewhere:

      a.  Manufacture, Distribution, or Possession of a Controlled Substance on a vessel in violation of Title 46, U.S.C. Section 70503

## FACTS AND CIRCUMSTANCES

4.      Since November 2018, Special Agents assigned to the Department of Homeland Security (HSI), working in conjunction with DEA Special Agents assigned to the Hampton Post of Duty, have been investigating maritime smuggling operations occurring within International Waters.

5.      On August 6, 2020, while on routine patrol in international waters, the United States Coast Guard Cutter (USCGC) Hamilton was dispatched to intercept a go-fast-vessel that had been located approximately 90 nautical miles southwest of Coiba Island, Panama.  The USCGC Hamilton subsequently launched a helicopter which was able to come in contact with the go-fast-vessel. The go-fast-vessel then became disabled and a subsequent boarding resulted in the detainment of three crew members while still in

1



international waters.

6.      Upon boarding the vessel, the three individuals were identified as; **Eliovar Minotta Pineda, Jenuar Grueso Angulo** and **Marcial Sanchez Cuero**, who all claimed Columbian nationality.  The vessel yielded no flag flown, no registration documents, no registration number on the hull, no homeport on the hull, no name on the hull, and no painted on markings. The master of the vessel claimed Columbian nationality for the vessel, however, the government of Columbia could neither confirm nor deny nationality of the vessel. Members of the USCG boarding team subsequently seized approximately 1,479 kilograms of cocaine, a schedule II narcotic controlled substance.


Based on the above, I believe that there is probable cause to believe that a violation of Title 46 U.S.C., Section 70503 has been committed by, **Eliovar Minotta Pineda, Jenuar Grueso Angulo** and **Marcial Sanchez Cuero.**

John T. Slayton
Special Agent
U.S. Department of Homeland Security


Read and Approved:

Eric M. Hurt
Assistant United States Attorney



Sworn and subscribed to before me telephonically
On this 19th day of August 2020

Lawrence R. Leonard
United States Magistrate Judge
Norfolk, Virginia

2